■ In the Matter of DENNIS SAGARIA, Appellant, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. (Appeal No. 1.) [753 NYS2d 912] —Appeal from a judgment of Supreme Court, Wyoming County (Dadd, J.), entered April 23, 2001, which denied the CPLR article 78 petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Wyoming County, Dadd, J. Present—Green, J.P., Wisner, Scudder, Burns and Hayes, JJ.